**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

M.J.T.,

          Respondent

    v.

C.K.J.,

          Petitioner

: No. 55 WAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.